Case 1:16-cr-00081-MPB-MG   Document 47   Filed 02/22/24   Page 1 of 1 PageID #: 214

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Indiana

United States of America )
v. )
Tyler Jenkinson )
) Case No: 1:16CR00081-001
) USM No: 00777-122
Date of Original Judgment: 08/01/2016 )
Date of Previous Amended Judgment: )  Jacob Leon
*(Use Date of Last Amended Judgment if Any)*   *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __140 months__ months **is reduced to** __125 months__ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __08/01/2016__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 02/22/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Honorable Matthew P. Brookman, U.S. District Court Judge
*Printed name and title*